# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 19-00296 |
| TYONNE M. FRAZIER | : |

## REPORT AND RECOMMENDATION
## ON SPOKEN REQUEST FOR DISMISSAL

Defendant Tyonne M. Frazier, who is representing himself with stand-by counsel Dom Soto, appeared in person at a pretrial conference on July 13, 2021 and made a spoken "request for dismissal" based on the present lack or unavailability of evidence or material stored or once stored on a computer device. The Court interprets the request as a motion to dismiss and recommends the motion be DENIED as lacking a meritorious or recognized lawful basis for dismissal at this stage of the case. As noted on the record, Defendant Frazier's assertion that the United States lacks evidence to prove the charge against him beyond a reasonable doubt is suited to presentation at trial or by motion related to trial evidence. In addition, the Court granted Defendant Frazier's request to continue the trial (to be set out in a separate written order) to accommodate any part of Frazier's request to dismiss which is based on his need to pursue, investigate and analyze case materials sufficiently in preparation for trial.

The Court orders the Clerk of Court to send Defendant Frazier a copy of this Report at his present detention facility.

DONE and ORDERED this 15th day of July, 2021.

                                                s/P. BRADLEY MURRAY
                                                UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.