IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.    )<br>)<br>TYONNE M. FRAZIER,    )<br>)<br>Defendant.    ) | CRIMINAL NO. 19-00296-KD-MU |

**ORDER**

This action is before the Court on the Report and Recommendation on Defendant Tyonne Frazier's Spoken Request for Dismissal. (Doc. 36). After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made (Doc. 39),[1] the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant Frazier's Spoken Request for Dismissal is **DENIED**.

**DONE and ORDERED** this the **5th** day of **August 2021**.

s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Following the Magistrate Judge's Report and Recommendation, Defendant Frazier filed a letter with this Court, dated July 27, 2021. (Doc. 39). The Court construes Defendant Frazier's letter as an objection to the Report and Recommendation.